IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARGARET ANIBALLI,  :

   Plaintiff,

                 :  Case No. 3:21-cv-327
 vs                  District Judge Thomas M. Rose
                    Magistrate Judge Caroline H. Gentry

THE LINCOLN NATIONAL LIFE  :
INSURANCE COMPANY

                 :

   Defendant.

## ORDER OF DISMISSAL: TERMINATION ENTRY

 The Court having been advised and confirmed by Counsel on March 28, 2022, the above matter is resolved, IT IS ORDERED that this action is hereby DISMISSED, without prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated.

 Parties may submit a substitute Judgment Entry once settlement is consummated within the thirty (30) day period.   Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry. The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

 IT IS SO ORDERED.


Date: March 28, 20222          *s/Thomas M. Rose*
                    Thomas M. Rose, Judge
                    United States District Court